Daniel J. Russo (SBN) 077991)
MAAS & RUSSO, LLP
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorney for Defendant JAIME ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-mj-0072 DB |
| Plaintiff, | |
| vs. | NOTICE OF MOTION AND MOTION FOR MAGISTRATE REVIEW OF DETENTION ORDER PURSUANT TO 18 U.S.C. §3145(b) |
| JAIME ALVAREZ, | |
| Defendant | DATE: MAY 31, 2022 TIME: 2:00 P.M. COURT: HON. JEREMY D. PETERSON, DEPT. 9 |

TO:     AARON D. PENNEKAMP, ASSISTANT U.S. ATTORNEY AND COUNSEL FOR
        PLAINTIFF:

PLEASE TAKE NOTICE that Defendant, JAIME ALVAREZ, by and through counsel, Daniel J.

Russo, hereby moves the Honorable Court to set a hearing on May 31, 2022 at 2:00 P.M., or as soon

thereafter as practicable, to determine whether to revoke the detention order in this case.

## I.      Factual Background

Mr. Alvarez, was arrested on May 12, 2022, and on May 16, 2022, the U.S. Magistrate Judge

ordered Mr. Alvarez detained without prejudice. The pretrial services report filed by Mr. Walker indicates

that Mr. Alvarez has two felony convictions and three misdemeanor convictions. His last conviction for a

non-driving offense was in February of 2007, over fifteen (15) years ago.

//

MOTION FOR MAGISTRATE REVIEW OF DETENTION ORDER

1

## II.     Legal Argument

### A.  Introduction to the Bail Reform Act

The Bail Reform Act favors release in all but a few cases. Conditions of release range from release on personal recognizance or unsecured bond, 18 U.S.C. 3142(b) to "the least restrictive further condition, or combination of conditions, that [the] judicial officer determines will reasonably assure the appearance of the person as required," subd. (c). A long list of practical conditions is provided in the statute in order to facilitate release rather than detention. See subd. (c)(1)(B).

There are several factors that the bail Reform Act suggests the Court consider in reaching release decisions. 18 U.S.C. §3142(g). These factors are to be considered in relation to whether or not there are conditions of release that might be fashioned to address any flight risk or danger concerns. The factors to consider are: 1) the nature and circumstances of the offense charged; 2) the weight of the evidence; 3) the history and characteristics of the defendant, including his or her character, physical and mental condition, family ties, employment, financial resources, past conduct including criminal history, substance abuse history and, whether or not the defendant was on probation, parole or pretrial release for any other offense and; finally, 4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release. 5) Mr. Alvarez prior felonies are remote in time. He is charged one count of possession of a firearm by an ex-felon. 6) Currently, Mr. Alvarez is being prosecuted in State Court, Solano County Case No. VCR239081, for the same related charges in this matter. He is currently on bail for $108,000.00 and is willing to produce both bank statements and tax returns to the Court, U.S. Attorney and Pretrial Services.

### B.  Factors to Consider Regarding Release or Detention

### 1.  The Nature and Circumstances of the Offense Charged

Mr. Alvarez is charged with possession of a firearm.

MOTION FOR MAGISTRATE REVIEW OF DETENTION ORDER

**2.  Weight of the Evidence**

The firearm was found at Mr. Alvarez's residence.

**3.  Characteristics of the Defendant**

The defendant has been clean and sober for fifteen (15) years. For the past two and a half (2 ½) years, he has run a contracting business, which includes two (2) full-time employees, as a California State licensed contractor. (J Alvarez Construction, LIC #107495) Prior to starting his business, he worked as a foreman for John Hammond Construction in Petaluma. He works with his wife, Harriet Alvarez, and is currently in a contract with Ryan Maeda in refurbishing sober living homes. He is a lifelong Napa/Vallejo resident having attended Napa Valley High School and obtaining a G.E.D. I can provide character letters and contact information from his business associates, family and friends upon request.

**4.  List of Individuals who will act as sureties**

- **Mike Morris, 1507 A Street, Napa, CA 94559 – (925) 788-9837 – Michael.morse@aig.com**
- **Bradley Doucette, 1522 Park Avenue, Napa, CA 94588 – (707) 815-4651**
- **Oliver Greenwood, 10 Fairfax Court, Pleasant Hill, CA 94523 – (925)367-8259**
- **Ryan Maeda – (707) 712-0787 – r.maeda@sierrahwc.com**
- **Simone Brooks, 1949 Carquinez Way, Crockett, CA 94525 – simonebroo@gmail.com**

**III.    Conclusion**

Since Mr. Alvarez substantially complied with state terms, this Court should establish release conditions that include reasonable conditions and a small bail.

DATED: May 24, 2022                                    Respectfully submitted,

DANIEL J. RUSSO
Attorney for Defendant ALVAREZ

MOTION FOR MAGISTRATE REVIEW OF DETENTION ORDER

PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Solano, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 521 Georgia Street, Vallejo, California, 94590.

I am familiar with this office's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mail box after the close of the day's business.

_____    On the date indicated below, I served the attached document(s) on all parties in said action by placing a true copy thereof in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

_____    On the date indicated below, I served the document(s) designated below via overnight mail on all parties in said action by placing a true copy thereof in a sealed envelope in the designated area for FEDERAL EXPRESS pick-up addressed as set forth below.

_____    On the date indicated below, I personally served the document(s) designated below by delivering a true copy thereof to the person(s) and at the address(es) set forth below.

___X___    On the date indicated below, I served the document(s) designated below by transmitting a true copy thereof via FAX and/or EMAIL to the person(s) and at the FAX number(s) and EMAIL address(es) set forth below.

NOTICE OF MOTION AND MOTION FOR MAGISTRATE REVIEW OF
DETENTION ORDER PURSUANT TO 18 U.S.C. §3145(b)

Aaron D. Pennekamp
Assistant United States Attorney
Eastern District of California
501 I. Street, Suite 10-100
Sacramento, CA 95814
Email: aaron.pennekamp@usdoj.gov

Darryl Walker
Intensive Supervision Specialist
U.S. Pretrial Services
Email: dwalker@caept.uscourts.gov

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed May 25, 2022, at Vallejo, California.

Janett Lemus