PHILLIP A. TALBERT
United States Attorney
JASON HITT
AARON D. PENNEKAMP
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
May 26, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAIME ALVAREZ, <br><br> Defendant. | CASE NO. 2:22-cr-00109-TLN <br><br> 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

INDICTMENT

The Grand Jury charges: T H A T

JAIME ALVAREZ,

defendant herein, on or about December 8, 2021, in the County of Solano, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

(1) Possession of a Dangerous Weapon, in violation of California Penal Code section 12020(a), on or about September 14, 1993, in Napa County, California; and,

(2) Taking a Vehicle Without the Owner's Consent/Vehicle Theft, in violation of California Vehicle Code section 10851(a), on or about October 1, 2007, in Napa County, California;

did knowingly possess a firearm, specifically, a Glock 27 .40 SW caliber semi-automatic handgun with

serial number XPX016, in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

    1.    Upon conviction of the offense alleged in this Indictment, defendant JAIME ALVAREZ shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

    2.    If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

*(signature)*
PHILLIP A. TALBERT
United States Attorney

INDICTMENT

2

No. 2:22-cr-00109-TLN
_ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

JAIME ALVAREZ

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*   **/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* ____ 26th ____ *day*
*of* ____ May ____, *A.D. 20* 22

_____ /s/ N. Cannarozzi _____
*Clerk.*

*Bail, $* No service necessary.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

2:22-cr-00109-TLN

## United States v. Jaime Alvarez
## Penalties for Indictment

**Defendants**
JAIME ALVAREZ

### COUNT 1:

VIOLATION:   18 U.S.C. § 922(g) - Felon in possession of firearm

PENALTIES:   Not more than 120 months,
Not more than $250,000 fine or both
A three-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### FORFEITURE ALLEGATION:

VIOLATION:   18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:   As stated in the charging document