UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 31, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAIME ALVAREZ,

    Defendant.

Case No.  2:22-cr-00109-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAIME ALVAREZ, Case No.  2:22-cr-00109-TLN  Charge 18 U.S.C. § 922 (g)(1), from custody for the following reasons:

| | |
|---|---|
| _____ | Release on Personal Recognizance |
| __X__ | Bail Posted in the Sum of $ 200,000.00. |
| _____ | Unsecured Appearance Bond $ |
| _____ | Appearance Bond with 10% Deposit |
| __X__ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| __X__ | (Other): The defendant shall be released to Harriet Alvarez on Wednesday, June 1, 2022 at 9:00 a.m. |

Issued at Sacramento, California on May 31, 2022 at 2:23 p.m.

_/s/ Jeremy D. Peterson_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE