CSBN:  077991
DANIEL J. RUSSO
LAW OFFICES OF MASS & RUSSO, LLP
521 Georgia Street
Vallejo, CA  94590
(707) 644-4004
(707) 644-7528/fax
Email: law@maasrusso.com

Attorney for Defendant
Jaime Alvarez

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00109-DAD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO** |
| JAIME ALVAREZ, | **MODIFY CONDITIONS OF RELEASE** |
| Defendant. | |
| _____/ | |

I.  INTRODUCTION

1. On May 31, 2022, the Court issued an order to release the defendant to Harriet Alvarez on June 1, 2022, contingent upon an appearance bond with surety and bail posted in the amount of $200,000.  The Court ordered the defendant released under the supervision of the United States Pretrial Services Office, and to abide by the standard and various special conditions of his release, including the following:

> 14.) You must participate in the following location monitoring program
> component and abide by all the requirements of the program, which will
> include having a location monitoring unit installed in your residence and a radio

1

frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; and

15.) Curfew:  You must remain inside your residence every day from 9:00 PM to 5:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

II. The U.S. Pretrial Services Officer Recommends the Conditions of Release Be Modified to Eliminate the Requirement that Defendant Be Subject to the Electronic Monitoring Program

2. On December 6, 2022, Darryl Walker, Supervisory U.S. Pretrial Services Officer informed undersigned counsel and the Assistant United States Attorney that Mr. Alvarez has overall, for the past six months, been compliant with his release conditions.  The United States Pretrial Services Officer pointed out that Mr. Alvarez has consistently reported as directed, all drug tests have been returned with negative results, and he has maintained the same residence and employment.  The only minor exception to the defendant's overall compliance with the conditions of his release occurred in October 2022, when the United States Pretrial Services Officer reported Mr. Alvarez was 16 minutes late getting home, which the United States Pretrial Services Officer "did not deem to be a malicious violation."

3. For all of these reasons and due to his overall compliance with the conditions of his release, the United States Pretrial Services has recommended the electronic monitoring condition be removed, if the government has no objection.  The Assistant United States Attorney has been contacted and has indicated that the government does not object to

2

defendant's request to remove the two conditions related to electronic location monitoring, with all remaining conditions to remain in full force and effect.

4. Therefore, if the Court is in agreement, it is respectfully requested by **defendant** that the Court modify the conditions of the defendant's release, Labeled as Special Conditions of Release, and numbered 14) and 15), Document 18, to remove those two conditions. A proposed Order to effectuate this modification is attached.

IT IS SO STIPULATED.

Dated: December 13, 2022                    PHILLIP A. TALBERT
                                            United States Attorney


                                            _____
                                            /s/ AARON D. PENNEKAMP
                                            AARON D. PENNEKAMP
                                            Assistant United States Attorney



                                            _____
Dated:  December 13, 2022                    /s/ DANIEL J. RUSSO
                                            Counsel for Defendant
                                            JAIME ALVAREZ

## FINDINGS AND ORDER

The Court finds, for good cause, the conditions of release relating to the requirement that the defendant participate in the electronic monitoring program and curfew are no longer necessary as detailed in Special Conditions of Release, and numbered 14) and 15), Document 18. Therefore, the Special Conditions of Release shall be **MODIFIED** to remove conditions 14) and 15) effective this date.

IT IS SO FOUND AND ORDERED.

Dated:  December 13, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE