CSBN:  077991
DANIEL J. RUSSO
LAW OFFICES OF MASS & RUSSO, LLP
521 Georgia Street
Vallejo, CA  94590
(707) 644-4004
(707) 644-7528/fax
Email: law@maasrusso.com

Attorney for Defendant
Jaime Alvarez

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAIME ALVAREZ,

Defendant

_____/

CASE NO. 2:22-CR-00109-DAD

STIPULATION AND
~~PROPOSED~~ ORDER TO
MODIFY CONDITIONS OF
RELEASE

I.   The U.S. Pretrial Services Officer Recommends the Conditions of Release be Modified to Restrict Defendant's Travel to the Eastern District of California and the Northern District of California Unless Otherwise Approved in Advance by the Pretrial Services Officer.

1. On February 27, 2023, Tai Gaskins, Program Development Specialist, U.S. Pretrial

Services Officer, informed undersigned counsel and the Assistant United States

Attorney that Mr. Alvarez needed to have his conditions of release modified to allow

him to travel to both the Northern District of California as well as the Eastern District

of California as his employment largely expands into the Northern District of California.

2.   For this reason the United States Pretrial Services has recommended defendant's travel restrictions be modified to allow him to travel within the Northern District of California as well as the Eastern District of California, if the government has no objection.  The Assistant United States Attorney has been contacted and has indicated that the government does not object to defendant's request, with all remaining conditions to remain in full force and effect.

3.  Therefore, if the Court is in agreement, it is respectfully requested by defendant that the Court modify the conditions of the defendant's release to restrict his travel to the Eastern District of California and the Northern District of California unless otherwise approved in advance by the pretrial services officer.   A proposed Order to effectuate this modification is attached.

IT IS SO STIPULATED.

Dated: February 27, 2023                          PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ AARON D. PENNEKAMP
                                                  AARON D. PENNEKAMP
                                                  Assistant United States Attorney


Dated:  February 27, 2023                         /s/ DANIEL J. RUSSO
                                                  DANIEL J. RUSSO
                                                  Counsel for Defendant
                                                  JAIME ALVAREZ

[PROPOSED] FINDINGS AND ORDER

The Court finds, for good cause, the conditions of release relating to the travel requirements are hereby modified to restrict defendant's travel to the Eastern District of California and the Northern District of California unless otherwise approved in advance by the pretrial services officer effective this date.

IT IS SO FOUND AND ORDERED this 28th day of February 2023.

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE