Daniel J. Russo (SBN 077991)
**MAAS & RUSSO, LLP**
521 Georgia Street
Vallejo, CA 94590
Phone: (707) 644-4004
Fax: (707) 644-7528
Email: law@maasrusso.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00109-DAD |
| Plaintiff, | ORDER EXONERATING PROPERTY APPEARANCE BOND AND FOR RECONVEYANCE OF DEED |
| vs. | |
| JAIME ALVAREZ, | Duty Judge: Hon. Dale A. Drozd |
| Defendant. | |

The Court hereby EXONERATES the property appearance bond posted in this case and ORDERS that the property be reconveyed by the Clerk's Office through a reconveyance form to be sent to the address of the deed of trust at 1949 Carquinez Way, Crockett, CA 94525-1004 for the APN.Parcel ID 355-113-012-7-00.

IT IS SO ORDERED.

Dated: **May 22, 2023**            _____
                                                                UNITED STATES DISTRICT JUDGE

ORDER EXONERATING PROPERTY APPEARANCE BOND AND FOR RECONVEYANCE OF DEED