Daniel J. Russo (SBN 077991)
**MAAS & RUSSO, LLP**
521 Georgia Street
Vallejo, CA 94590
Phone: (707) 644-4004
Fax: (707) 644-7528
Email: law@maasrusso.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAIME ALVAREZ,<br><br>Defendant. | Case No.: 2:22-CR-00109-DAD<br><br>ORDER EXONERATING PROPERTY APPEARANCE BOND AND FOR RECONVEYANCE OF DEED<br><br>Duty Judge: Hon. Dale A. Drozd |

The Court hereby EXONERATES the property appearance bond posted in this case and ORDERS that the property be reconveyed by the Clerk's Office through a reconveyance form to be sent to the address of the deed of trust at 88 Calhoun Street, Vallejo, CA 94590, for the APN/Parcel ID 0051-411-230.

IT IS SO ORDERED.

Dated:   **August 2, 2024**         _____
                                                                 UNITED STATES DISTRICT JUDGE

ORDER EXONERATING PROPERTY APPEARANCE BOND AND FOR RECONVEYANCE OF DEED